**ORDERED SEALED BY COURT**

KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6882, c/o Stephanie Delgadillo

Attorneys for United States of America

FILED
07 MAY 25 AM 10: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT OF 11358 SILVER OAK LANE, SAN DIEGO, CALIFORNIA | No. '07 MJ 1174<br><br>MOTION TO SEAL<br><br>[FILED UNDER SEAL] |

The United States of America, by its attorneys, Karen P. Hewitt, United States Attorney, and Joseph K. Wheatley, Special Assistant U.S. Attorney, Trial Attorney, United States Department of Justice, hereby moves this Court to enter an Order sealing the Application and Affidavit for Search Warrant in the above-referenced matter, and all related materials, as well as this motion, pending further Order from this Court. In support of this motion, the government refers the Court to the Affidavit of Special Agent Mark Weber filed in support of the Application for Search Warrant. The Affidavit of Mark Weber contains a description of the ongoing investigation in this case. Disclosure of this warrant and the supporting materials at this time would jeopardize this investigation.

Accordingly, the government requests that this motion, as well as the application, affidavit and search warrant in this case be sealed pending further Order from this Court.

DATED: 5/25/2007

_____
JOSEPH K. WHEATLEY
Special Assistant U. S. Attorney
Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT OF 11358 SILVER OAK LANE, SAN DIEGO, CALIFORNIA | ) ) ) ) ) ) ) |

No.

ORDER SEALING SEARCH WARRANT AND RELATED MATERIALS

**[FILED UNDER SEAL]**

This matter has come before the Court upon the motion of the United States Attorney by Joseph K. Wheatley, Special Assistant U.S. Attorney, Trial Attorney, United States Department of Justice.

For the reasons set forth in the government's motion, as well as the Affidavit of Mark Weber filed in the above-captioned matter, it is hereby ORDERED that the application, attachments, affidavit, search warrants, the government's motion, this Order, and all other related materials in the above-captioned matter be sealed pending further order from this Court.

DATED: MAY 2 5 2007

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE