AO 93 (Rev. 5/85) Search Warrant

**ORDERED SEALED BY COURT**

# United States District Court

FILED 07 JUN -4 PM 4:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

11358 Silver Oak Lane, San Diego, California

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 1174

TO: Special Agent Mark Weber _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Mark Weber _____ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 6-4-07 _____
                                                         Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at ~~any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ ANTHONY J. BATTAGLIA _____
                                                                                    U.S. Judge or Magistrate
as required by law.

May 25, 2007        9:30 AM       at   San Diego, California
Date and Time Issued                   City and State

Anthony J. Battaglia, United States Magistrate        [signature]
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED  May 25, 2007 | DATE AND TIME WARRANT EXECUTED  May 30, 07 / 10:30 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  Tri Huynh |
| INVENTORY MADE IN THE PRESENCE OF  Tri Huynh | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attached (5 pages).

| CERTIFICATION |
|---|
| I swear that this inventory is true and detailed account of the person or property taken by me on the warrant. |

_Mark _____ (signature)_

Subcribed, sworn to, and returned before me this date.

_____ (signature)      6/1/07
U.S. Judge or Magistrate                   Date

# Detail Inventory Listing of All Items at Search Warrant Site

**Site Name:**
HUYNH Residence
11358 Silver Oak Ln.
San Diego, CA
Location 1

**Investigation Number:**
330520164
**Starting Date and Time:**
05/30/2007 11:00 AM
**Ending Date and Time:**
05/30/2007 03:20 PM

**Report Date:**
Friday, June 01, 2007

---

**Control #:** 1  **Evidence Box:** 1
**Photo #:**  **Locator Code:**
**Description:** Seized Per Warrant  2 Capital One Statements #5178-0521-5186-3251, 7/15-8/16/06 and 12/15/06-1/15/07. Transactions are for travel and casinos.

3 S.D. County Credit Union Bank Statements N/O Tammie Huynh #0002137833 10/1/04 - 12/31/04, 2/1/05 - 2/28/05, 4/1/05 - 6/30/05

**Key Word:**
**Location:** Bedroom
**Found:** Dresser/Nightstand
**Locating Investigator:** Aimee Schabilion And Ed Reyes
**Evidence Custodian:** Sara Brana
**Evidence Logger:** Toni Haas

---

**Control #:** 2  **Evidence Box:** 1
**Photo #:**  **Locator Code:**
**Description:** Seized Per Warrant  1 Folder Country Wide Home Loan (Huynh)
3 Bank Statements 11-05 (Julie T. Huynh)

**Key Word:**
**Location:** Upstairs Bedroom
**Found:** Night Stand Right side
**Locating Investigator:** Tom Martinez And Sara Brana
**Evidence Custodian:** Sara Brana
**Evidence Logger:** Toni Haas

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 1 plastic bag containing financial records and correspondence documenting dates and amounts of sales ticketing and other services provided by Travel World or in the name of Tammie Huynh. Credit card statements, itineraries, invoices, Union Bank & B of A statements N/O Tammie Huynh, phone records, expenses, from 2005 thru 3/2007. | |

**Key Word:**
**Location:** Bedroom (Amanda)
**Found:** Closet
**Locating Investigator:** Robert Brana And Aimee Schabilion
**Evidence Custodian:** Sara Brana
**Evidence Logger:** Toni Haas

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 3 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 1 plastic bag containing financial records and correspondence documenting dates and amounts of sales ticketing and other services provided by Travel World or in the name of Tammie Huynh. Credit card statements, itineraries, invoices, Union Bank & B of A statements N/O Tammie Huynh, phone records, expenses, from 2005 thru 3/2007. | |

**Key Word:**
**Location:** Bedroom (Amanda)
**Found:** Closet
**Locating Investigator:** Robert Brana And Aimee Schabilion
**Evidence Custodian:** Sara Brana
**Evidence Logger:** Toni Haas

| Control #: | 5 | Evidence Box: | 4 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 1 plastic bag containing financial records and correspondence documenting dates and amounts of sales ticketing and other services provided by Travel World or in the name of Tammie Huynh. Credit card statements, itineraries, invoices, Union Bank & B of A statements N/O Tammie Huynh, phone records, expenses, from 2005 thru 3/2007. | |
| Key Word: | | | |
| Location: | Bedroom (Amanda) | | |
| Found: | Closet | | |
| Locating Investigator: | Robert Brana And Aimee Schabilion | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| Control #: | 6 | Evidence Box: | 5 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 1 plastic tub containing financial records and correspondence documenting dates and amounts of sales ticketing and other services provided by Travel World or in the name of Tammie Huynh. Credit card statements, itineraries, invoices, Union Bank & B of A statements N/O Tammie Huynh, phone records, expenses, from 2005 thru 3/2007. | |
| Key Word: | | | |
| Location: | Bedroom (Amanda) | | |
| Found: | Closet | | |
| Locating Investigator: | Robert Brana And Aimee Schabilion | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| Control #: | 7 | Evidence Box: | 1 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 2 Mercedes Benz Receipts for CA Lic. #5LGA093<br>2 Home Depot Receipts<br>1 Homestead House Receipt | |
| Key Word: | | | |
| Location: | Kitchen | | |
| Found: | Kitchen Drawer | | |
| Locating Investigator: | Tom Martinez And Ed Reyes | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| | | | |
|---|---|---|---|
| Control #: | 8 | Evidence Box: | 6 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 1 Purple folder w/2006 thru March 2007 Travel World purchase invoices and copies of tickets<br>A large stack of Travel World purchase invoices for 2006 | |
| Key Word: | | | |
| Location: | Upstairs Loft | | |
| Found: | On Floor | | |
| Locating Investigator: | Andrew Gonzalez And Roger Lange | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| | | | |
|---|---|---|---|
| Control #: | 9 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 16 Various receipts for home improvements dated between 11/04 - 1/06<br>1 Viejas Receipt 1/07<br>1 Fry's Receipt 9/07<br>1 Proposal from Lee Landscaping 11/28/05<br>1 Bof A document 1/06<br>2 Receipts (MOR furniture and Border Construction) with handwritten notes on the back that appear to reference Immigration #'s and dollar amounts.<br>1 Receipt for a Rolex 12/06 | |
| Key Word: | | | |
| Location: | Upstairs Bedroom | | |
| Found: | Dresser/Nightstand | | |
| Locating Investigator: | Sara Brana And Tom Martinez | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | 1 2004 Tax Return for Than Thuy Huynh | |
| Key Word: | | | |
| Location: | Bedroom U | | |
| Found: | Desk | | |
| Locating Investigator: | Ed Reyes And Andrew Gonzalez | | |
| Evidence Custodian: | Sara Brana | | |
| Evidence Logger: | Toni Haas | | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 7 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Image of Computer in Room T - NO BOX | |
| **Key Word:** | | | |
| **Location:** | Upstairs Loft | | |
| **Found:** | Desk | | |
| **Locating Investigator:** | Roger Lange | | |
| **Evidence Custodian:** | Sara Brana | | |
| **Evidence Logger:** | Toni Haas | | |